IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00838-BNB

D. MARTIN, #61336,[1]

      Applicant,

v.

R. LYNN, Warden, AVCF, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

    Applicant has filed a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  The Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action will be granted.  Accordingly, it is

    ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, ECF No. 3, is granted.  It is

    FURTHER ORDERED that the Motion for Production of Documents, ECF No. 4, is denied as premature.

    DATED March 24, 2014, at Denver, Colorado.

                    BY THE COURT:

                     s/Boyd N. Boland
                    United States Magistrate Judge

---

[1] D. Martin, Register, # 61336, is listed on the Colorado Department of Corrections Website as Daryl Martin.  Mr. Martin also has filed previous cases in this Court, in which he listed his name as "Darryl."