IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00838-LTB

D. MARTIN, a.k.a. DARRYL MARTIN, a.k.a. DARYL MARTIN,[1]

    Applicant,

v.

R. LYNN, Warden, AVCF, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 2, 2014, it is hereby

ORDERED that Judgment is entered in favor of Respondents and against Applicant.

DATED at Denver, Colorado, this 2nd day of May, 2014.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/K Lyons
                     Deputy Clerk

---

[1] D. Martin, Register, # 61336, is listed on the Colorado Department of Corrections Website as Daryl Martin.  Mr. Martin also has filed previous cases in this Court, in which he listed his name as "Darryl."